**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-03320-REB-MEH

PENELOPE THOME, and
DENNIS W. THOME,

    Plaintiffs,

v.

ALAN L. COOK, Chair of the Colorado Board of Licensed Professional Counselor Examiners, in his individual and official capacities,

SUSAN L. GARCIA, Vice Chair of the Colorado Board of Licensed Professional Counselor Examiners, in her individual and official capacities,

STEPHEN G. SMITH, Member of the Colorado Board of Licensed Professional Counselor Examiners, in his individual and official capacities,

SHERRY GILES, Member of the Colorado Board of Licensed Professional Counselor Examiners, in her individual and official capacities,

LESLIE TAYLOR, Member of the Colorado Board of Licensed Professional Counselor Examiners, in her individual and official capacities,

CHARLES KNOECKEL, Member of the Colorado Board of Licensed Professional Counselor Examiners, in his individual and official capacities,

JILL VITALE, Member of the Colorado Board of Licensed Professional Counselor Examiners, in her individual and official capacities,

MARK MERRILL, Section Director for Alan Cook, Chair of the Colorado Board of Licensed Professional Counselor Examiners, in his individual and official capacities,

CARLOTTA D. KNOX, Program Director of the Colorado Board of Licensed Professional Counselor Examiners, in her individual and official capacities,

COLORADO DEPARTMENT OF REGULATORY AGENCIES,

BARBARA J. KELLY, Executive Director, Colorado Department of Regulatory Agencies, in her individual and official capacities,

ROSEMARY MCCOOL, Director of the Division of Registration of the Colorado Department of Regulatory Agencies, in her individual and official capacities,

COLORADO ATTORNEY GENERAL'S OFFICE, State of Colorado,

JOHN SUTHERS, Attorney General of the State of Colorado, in his individual and official capacities, and

LAURIE ROTTERSMAN, Assistant Attorney General of the State of Colorado, in her individual and official capacities,

       Defendants.

## ORDER OF DISMISSAL AS TO DEFENDANT, LESLIE A. TAYLOR, ONLY

**Blackburn, J.**

The matter is before me on the **Notice of Dismissal As To Defendant Leslie A. Taylor** [#31][1] filed April 5, 2012. After reviewing the notice and the file, I conclude that the notice should be approved and that plaintiffs' claims against defendant, Leslie A. Taylor, should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Dismissal As To Defendant Leslie A. Taylor** [#31] filed April 5, 2012, is **APPROVED**;

2. That plaintiffs' claims against defendant, Leslie A. Taylor, are **DISMISSED WITHOUT PREJUDICE**; and

3. That defendant, Leslie A. Taylor, is **DROPPED** as a named party to this litigation, and the case caption is amended accordingly.

Dated April 5, 2012, at Denver, Colorado.

                              **BY THE COURT:**

                              Robert E. Blackburn
                              United States District Judge

---

[1] "[#31]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.