IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  11-cv-03320-REB-MEH | Date:  May 1, 2012 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

PENELOPE THOME and                                            Robert A. Lees
DENNIS W. THOME,                                              Michael McNally

      Plaintiffs,

vs.

ALAN L. COOK,                                                           Amy Colony
SUSAN L. GARCIA,                                           Will Allen
STEPHEN G. SMITH,
SHERRY GILES,
CHARLES KNOECKEL,
JILL VITALE,
MARK MERRILL,
CARLOTTA D. KNOX,
ROSEMARY MCCOOL,
JOHN SUTHERS, and
LAURIE ROTTERSMAN,

      Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

**Court in session:**     1:41 p.m.

Court calls case.  Appearances of counsel.  Plaintiffs are present.

Discussion regarding Defendants' Motion to Strike Doc. Nos. 25, 26, 27, 28, and Exhibits Pursuant to FRCP 12(F) [Doc. #39, filed 4/20/2012].

Ms. Colony orally moves that the Status Report Re: the Whereabouts of Defendant Leslie Taylor (Doc. #26, filed 3/20/12) be stricken.  The Court and counsel discuss the oral motion.

Discussion regarding Defendants' request for entry of a Protective Order.  A recording of a telephone call made by Dr. Amos Martinez to Bruce Harrelson regarding subpoenaing Saul Larsen is played for the Court by Mr. Allen.  The Court and counsel discuss the phone call placed by Dr. Martinez to Mr. Harrelson, and Plaintiffs' counsel and Dr. Martinez are admonished that no such further contact shall take place while this case is pending before the Court.

Discussion regarding the filing of written motions to seal documents, and the expert disclosure deadline and the stay of discovery previously entered.

**ORDERED:** Defendants' Motion to Strike Doc. Nos. 25, 26, 27, 28, and Exhibits Pursuant to FRCP 12(F) [Doc. #39, filed 4/20/2012] is taken under advisement, along with other issues and oral motions raised during today's hearing.

**Court in recess:** 3:02 p.m.  **(Hearing concluded)**
**Total time in court:** 1:21