**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-03320-RM-MEH

PENELOPE THOME, and
DENNIS W. THOME,

    Plaintiffs,

v.

ALAN L. COOK, Chair of the Colorado Board of Licensed Professional Counselor Examiners, in his individual/personal capacity,
SUSAN L. GARCIA, Vice Chair of the Colorado Board of Licensed Professional Counselor Examiners, in her individual/personal capacity,
STEPHEN G. SMITH, Member of the Colorado Board of Licensed Professional Counselor Examiners, in his individual/personal capacity,
SHERRY GILES, Member of the Colorado Board of Licensed Professional Counselor Examiners, in her individual/personal capacity,
CHARLES KNOECKEL, Member of the Colorado Board of Licensed Professional Counselor Examiners, in his individual/personal capacity,
JILL VITALE, Member of the Colorado Board of Licensed Professional Counselor Examiners, in her individual/personal capacity,
MARK MERRILL, Section Director for Alan Cook, Chair of the Colorado Board of Licensed Professional Counselor Examiners, in his individual/personal capacity,
CARLOTTA D. KNOX, Program Director of the Colorado Board of Licensed Professional Counselor Examiners, in her individual/personal capacity,
ROSEMARY MCCOOL, Director of the Division of Registration of the Colorado Department of Regulatory Agencies, in her individual/personal capacity, and
LAURIE ROTTERSMAN, Assistant Attorney General of the State of Colorado, in her individual/personal capacity,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Doc. No. 114, filed April 22, 2014] of Judge Raymond P.

Moore, it is

ORDERED Defendants' Motion to Dismiss Second Amended Complaint [Doc. 82] Based on Absolute and Qualified Immunity [Doc. No. 92, filed May 23, 2013] is GRANTED. It is

FURTHER ORDERED that the Second Amended Complaint for Civil Rights Violation (42 U.S.C.§ 1983) and Jury Demand [Doc. No. 82, filed April 8, 2013] is DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that the Motion for Reconsideration [Doc. No. 81, filed April 8, 2013] is DENIED. It is

FURTHER ORDERED that Plaintiffs' Motion for Expedited Trial Date [Doc. No. 110, filed October 3, 2013] is DENIED as moot. It is

FURTHER ORDERED that the Clerk shall enter judgment in favor of Defendants on all claims.

Dated at Denver, Colorado this 22nd day of April, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   Nicholas Richards

Nicholas Richards
Deputy Clerk